FILED

MAR 20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0829-WQH |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| JOSE GARCIA-MEDINA (T/N), aka Jose Gonzalez-Ruiz, | |
| Defendant. | |

The United States Attorney charges:

On or about February 22, 2008, within the Southern District of California, defendant JOSE GARCIA-MEDINA, aka Jose Gonzalez-Ruiz, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to Border Patrol Agent M. Ambrosia that his name was Jose Gonzalez-Ruiz, whereas in truth and fact, as defendant then and there well knew that statement and representation was false,

//
//
//
//

CJB:es:San Diego
3/19/08

1  fictitious and fraudulent when made; in violation of Title 18, United
2  States Code, Section 1001.
3       DATED: 3/20/08         .

        KAREN P. HEWITT
        United States Attorney

        for *signature*
        CARLA J. BRESSLER
        Assistant U.S. Attorney