AO 455(Rev. 5/85) Waiver of Indictment

**FILED**
MAR 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE GARCIA-MEDINA (T/N) aka Jose Gonzalez-ruiz | CASE NUMBER: 08CR0829-WQH |

I, **JOSE GARCIA-MEDINA, aka JOSE GONZALEZ-RUIZ**, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __March 20, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Jose Garcia Medina_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER